1  MICHAEL HINCKLEY (CSBN 161645)
   STIGLICH & HINCKLEY, LLP
2  149 Natoma Street, Suite 300
   San Francisco, California 94105
3  Telephone: 415-865-2539
   Fax: 415-865-2538
4
   Attorney for Defendant
5  PEDRO BRAVO MAGDALENO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 09-346 VRW |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER RE: TO CONTINUE CHANGE OF PLEA |
| PEDRO BRAVO MAGDALENO, et. al | |
| Defendant. | |

Defendant PEDRO BRAVO MAGDELANO, by and through his counsel Michael Hinckley, and the United States of America, by and through Assistant United States Attorney Tarek J. Helou, hereby stipulate and agree to continue the date set for change of plea in the above entitled matter from August 6, 2009 at 2:00 p.m. to August 13, 2009 at 2:00 p.m. or to a date that is convenient to the Court.

Good cause exists for this continuance in that additional time is necessary to prepare and advise the defendant for the change of plea as well as to complete the change of plea application with the assistance of an interpreter. The additional time is needed due to unexpected delays resulting from defense counsel's recent move of his law office over the last two weeks.

///

///

Law Offices
Stiglich & Hinckley

U.S. v. Bravo Magdaleno, CR 09-346 VRW
Stip. & [Proposed] Order To Cont. Change of Plea
-1-

1  IT IS SO STIPULATED.

2

3  Dated: August 5, 2009                    /S/    Michael Hinckley
                                          _____
4                                         MICHAEL L. HINCKLEY
                                          Attorney for Defendant
5                                         PEDRO BRAVO MAGDALENO

6                                           /S/    Tarek J. Helou
   Dated: August 5, 2009                  _____
7                                         TAREK J. HELOU
                                          Assistant United States Attorney
8

9
                                    **ORDER**
10

11     Pursuant to stipulation the date set for change of plea is hereby continued from August 6,

12  2009 at 2:00 p.m. to August 13, 2009 at 2:00 p.m.

13
       **IT IS SO ORDERED.**
14

15  Dated:   8/5/2009                 .
                                          _____
16                                        Hon.
                                          United S
17

*GRANTED — Judge Vaughn R Walker* (UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*U.S. v. Bravo Magdaleno*, CR 09-346 VRW
Stip. & [Proposed] Order To Cont. Change of Plea

Law Offices
Stiglich & Hinckley