MICHAEL HINCKLEY (CSBN 161645)
STIGLICH & HINCKLEY, LLP
149 Natoma Street, Suite 300
San Francisco, California 94103
Telephone: 415-865-2539
Fax: 415-865-2538

Attorney for Defendant
PEDRO BRAVO MAGDALENO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 09-346 VRW |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER RE: TO CONTINUE SENTENCING |
| PEDRO BRAVO MAGDALENO, et. al | |
| Defendant. | |

Defendant PEDRO BRAVO MAGDALENO, by and through his counsel Michael Hinckley, and the United States of America, by and through Assistant United States Attorney Tarek J. Helou, hereby stipulate and agree to continue the sentencing date in the above entitled matter from January 14, 2010 at 2:00 p.m. to March 11, 2010 at 2:00 p.m., or to a date that is convenient to the Court.

Good cause exists for this continuance in that, due to scheduling difficulties resulting from defense counsel's unanticipated trial schedule, additional time is necessary for the preparation and completion of the presentence report as well as to complete necessary investigation/preparations relevant to sentencing.

United States Probation Officer Christina Carrubba joins in this request.

///

<u>U.S. v. Bravo Magdaleno</u>, CR 09-346 VRW
Stip. & [Proposed] Order To Cont. Sentencing

-1-

IT IS SO STIPULATED.

Dated: December 24, 2009

/S/   Michael Hinckley
_____
MICHAEL L. HINCKLEY
Attorney for Defendant
PEDRO BRAVO MAGDALENO

Dated: December 24, 2009

/S/   Tarek J. Helou
_____
TAREK J. HELOU
Assistant United States Attorney

## ORDER

Pursuant to stipulation the date set for sentencing is hereby continued from January 14, 2010 at 2:00 p.m. to March 11, 2010 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: 12/30/2009  .

HON. V
Chief Un

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Vaughn R Walker]*

*U.S. v. Bravo Magdaleno*, CR 09-346 VRW
Stip. & [Proposed] Order To Cont. Sentencing

Law Offices
Stiglich & Hinckley

-2-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Law Offices
Stiglich & Hinckley

<u>U.S. v. Bravo Magdaleno</u>, CR 09-346 VRW
Stip. & [Proposed] Order To Cont. Sentencing