MICHAEL HINCKLEY (CSBN 161645)
STIGLICH & HINCKLEY, LLP
149 Natoma Street, Suite 300
San Francisco, California 94103
Telephone: 415-865-2539
Fax: 415-865-2538

Attorney for Defendant
PEDRO BRAVO MAGDALENO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PEDRO BRAVO MAGDALENO, et. al<br><br>Defendant.<br>_____ / | Case No. CR 09-346 VRW<br><br>STIPULATION AND [PROPOSED]<br>ORDER RE: TO CONTINUE<br>SENTENCING |

Defendant PEDRO BRAVO MAGDALENO, by and through his counsel Michael Hinckley, and the United States of America, by and through Assistant United States Attorney Tarek J. Helou, hereby stipulate and agree to continue the sentencing date in the above entitled matter from March 11, 2010 at 2:00 p.m. to April 8, 2010 at 2:00 p.m., or to a date that is convenient to the Court.

Good cause exists for this continuance in that defense counsel was ill with a virus and was out of the office for two weeks causing the previously scheduled presentence interview to be canceled and rescheduled. The interview has since been completed and the requested additional time is needed to complete the presentence report.

United States Probation Officer Christina Carrubba joins in this request.

///

*U.S. v. Bravo Magdaleno*, CR 09-346 VRW
Stip. & [Proposed] Order To Cont. Sentencing

-1-

Law Offices
Stiglich & Hinckley

1    IT IS SO STIPULATED.

2

3    Dated: February 23, 2010                      /S/    Michael Hinckley
                                                   ─────────────────────────────
4                                                  MICHAEL L. HINCKLEY
                                                   Attorney for Defendant
5                                                  PEDRO BRAVO MAGDALENO

6                                                   /S/    Tarek J. Helou
     Dated: February 23, 2010                      ─────────────────────────────
7                                                  TAREK J. HELOU
                                                   Assistant United States Attorney
8

9                                   **ORDER**

10

11       Pursuant to stipulation the date set for sentencing is hereby continued from March 11,

12   2010 at 2:00 p.m. to April 8, 2010 at 2:00 p.m.

13

14   **IT IS SO ORDERED.**

15   Dated: 2/26/2010              .
                                                   ─────────────────────────────
16                                                 HON.
                                                   Chief
17

*U.S. v. Bravo Magdaleno*, CR 09-346 VRW
Stip. & [Proposed] Order To Cont. Sentencing

-2-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Law Offices
Stiglich & Hinckley

<u>U.S. v. Bravo Magdaleno</u>, CR 09-346 VRW
Stip. & [Proposed] Order To Cont. Sentencing